**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                   CRIMINAL ACTION NO. 09-00138-02

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

TRACY LOMOND JACKSON                        MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Defendant Tracy Lomond Jackson's ("Jackson") Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Record Document 65).

At the time the Motion was filed, Jackson was serving a term of imprisonment imposed by this Court. However, the record reflects that Jackson has since been released from Bureau of Prisons custody. Accordingly, Jackson is no longer serving the custodial sentence for which he seeks a reduction.

Because Jackson has already completed his term of imprisonment, his request for a reduction in sentence no longer presents a live case or controversy. Accordingly, Defendant's Motion to Reduce Sentence (Record Document 65) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th day of April, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT